1  **Mark P. Robinson, Jr.,** SBN 054426
   **Carlos A. Prietto, III,** SBN 166410
2  **Ted B. Wacker,** SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiff
6  Wanda Jackson

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13
   **IN RE: BEXTRA AND**                  )    Case No. M 05-CV-1699-CRB
14 **CELEBREX MARKETING,**                )
   **SALES PRACTICES AND**                )    MDL No. 1699
15 **PRODUCTS LIABILITY**                 )
   **LITIGATION**                         )    JUDGE BREYER
16 ─────────────────────────────         )
                                          )    **STIPULATION AND**
17 **This document relates to:**          )
                                          )    **ORDER OF DISMISSAL**
18 **RICK FORESPRING, et al.**            )
   **v. G. D. SEARLE & CO., et al.**      )
19                                        )
                                          )
20 **WANDA JACKSON**                      )
   **Individual Case No. C06- 4119 CRB**  )
21 ─────────────────────────────         )

22

23        **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

24 Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Wanda Jackson,

25 **only**, filed in the case of *Rick Forespring, et al., v. G.D. Searle, et al.,* with the

26 assigned individual case number C 06-4119 CRB, may be and is hereby dismissed

27 without prejudice.

28

───────────────────────────────────────────────
                          1

1   The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,

2   Plaintiff will only re-file in Federal Court.

3   The parties shall each bear their own costs.

4

5   Dated: December 13, 2006          ROBINSON, CALCAGNIE & ROBINSON

6

7

8   Mark P. Robinson, Jr., SBN054426
    mrobinson@rcrlaw.net

9   Carlos A. Prietto, III, SBN 166410
    cprietto@rcrlaw.net

10  Ted B. Wacker, SBN 157416
    twacker@rcrlaw.net

11  620 Newport Center Drive, 7th Floor
    Newport Beach, CA 92660

12  Telephone: (949) 720-1288
    Fax: (949) 720-1292

13  -AND-

14  Samuel M. Wendt, MO #53573
    David Peterson, MO #32229

15  PETERSON & ASSOCIATES, P.C.
    801 West 47th Street, Suite 107

16  Kansas City, MO 64112-1253
    Telephone: (816) 531-4440

17  Fax: (816) 531-0660

18  *Counsel for Plaintiff*
    Wanda Jackson

19

20

21  Dated: December 14, 2006          GORDON & REES

22

23  Stuart M. Gordon, Esq.
    sgordon@gordonrees.com

24  Embarcadero Center West
    275 Battery Street, 20th Floor

25  San Francisco, CA 94111
    Telephone: (415) 986-5900

26  Fax: (415) 986-8054

27  *Defendants' Liaison Counsel*

28

2

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: <u>December 15, 2006</u>

4                               HONORABLE CHARLES R. BREYER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
