1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Joseph E. Koller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C C06-4119 (CRB)**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| RICK FORESPRING; et al.,<br><br>    Plaintiffs,<br>vs.<br><br>G.D. SEARLE & CO.;<br>PHARMACIA CORPORATION;<br>MONSANTO COMPANY; and<br>PFIZER, INC.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **JOSEPH E. KOLLER** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1

2

3   DATED: September 1, 2009         ROBINSON, CALCAGNIE & ROBINSON

4                                    By: /s/ Mark P. Robinson, Jr.
                                         MARK P. ROBINSON, JR.
5                                        Attorneys for Plaintiff Joseph E. Koller

6

7   DATED: ___Oct. 22___, 2009       DLA PIPER LLP (US)

8

9                                    By: ___/s/___
                                         Matt Holian
10                                       Attorneys for Defendants

11

12

13  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

14

15  Dated: OCT 2 8 2009

16                                   _____
                                     Hon. Charles R. Breyer
17                                   United States District Court

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

PFZR/1035934/1132569v.1