1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Matthew Patterson
6
7
8
9                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
12
13 IN RE: BEXTRA AND CELEBREX        )   **CASE NO. C06-4119 (CRB)**
14 MARKETING SALES PRACTICES AND     )   **MDL NO. 1699**
   PRODUCT LIABILITY LITIGATION      )   **District Judge: Charles R. Breyer**
15                                    )
16 RICK FORESPRING; et al.,          )
                                      )
17          Plaintiffs,               )   **STIPULATION AND ORDER OF**
                                      )   **DISMISSAL WITH PREJUDICE**
18 vs.                                )
                                      )
19 G.D. SEARLE & CO.;                 )
   PHARMACIA CORPORATION;             )
20 MONSANTO COMPANY; and              )
   PFIZER, INC.,                      )
21                                    )
22          Defendants.                )
                                      )
23                                    )
24

25
26     Come now the Plaintiff, **MATTHEW PATTERSON** and Defendants, by and through
27 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42531961.1

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

5  DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                    By: *Mark P. Robinson, Jr.*
7                                         MARK P. ROBINSON, JR.
                                          Attorneys for Plaintiff Matthew Patterson

9
10 DATED:  Oct. 22  , 2009           DLA PIPER LLP (US)

11                                   By: /s/
                                         Matt Holian
12                                       Attorneys for Defendants

15 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   IT IS SO ORDERED.**

17 Dated: OCT 2 8 2009

18                                   Hon. Charles R. Breyer
                                     United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**